| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road, Suite 5<br>Blackwood, NJ 08012<br>Phone:  856-302-1778 | Order Filed on February 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re<br><br>William and Leona Carlin | Case No.:  25-10014<br><br>Chapter:  13<br><br>Judge:  ABA |

# **ORDER**

**DATED: February 4, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Mitchell Lee Chambers, Esq., and for good cause it is ORDERED:

1. The Motion is GRANTED.

2. Leona Carlin shall be allowed to testify on behalf of herself as well as her husband, William Carlin, at the 341 Meeting.