UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778

In Re

William and Leona Carlin

Case No.: 25-10014

Chapter: 13

Judge: ABA

Order Filed on February 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER

DATED: February 4, 2025

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

      This matter having been presented to the Court by Mitchell Lee Chambers, Esq., and for good cause it is ORDERED:

1.    The Motion is GRANTED.

2.    Leona Carlin shall be allowed to testify on behalf of herself as well as her husband, William Carlin, at the 341 Meeting.

United States Bankruptcy Court

District of New Jersey

In re:  
William F Carlin, Jr.  
Leona M. Carlin  
    Debtors

Case No. 25-10014-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Feb 04, 2025      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William F Carlin, Jr., 306 Madison Avenue, Newfield, NJ 08344-9579 |
| jdb | + | Leona M. Carlin, 306 Madison Avenue, Newfield, NJ 08344-9579 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Mitchell L Chambers, Jr. | on behalf of Debtor William F Carlin  Jr. ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 04, 2025 | Form ID: pdf903 | Total Noticed: 2

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6