

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg, Esquire
Office of the Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on February 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
　WILLIAM F. CARLIN, JR.
　LEONA M. CARLIN

　　　　　　Debtors

Case No. 25-10014 (ABA)

Judge:  Andrew B. Altenburg, Jr.

# CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 7, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:         WILLIAM F. CARLIN, JR. AND LEONA M. CARLIN
Case No.    25-10014 (ABA)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtor(s), for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor(s)' Chapter 13 case number 25-10014 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor(s)' instant Chapter 13 case should be dismissed, the Debtor(s) shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180-days from the date of dismissal of Debtor(s)' case.


/s/ Mitchell Lee Chambers, Jr.                                1/29/2025
Mitchell Lee Chambers, Jr.                                     Date
Debtor's Attorney


/s/ Andrew B. Finberg                                              2/4/2025
Andrew B. Finberg                                                   Date
Chapter 13 Standing Trustee