Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−10014−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F Carlin Jr. | Leona M. Carlin |
| 306 Madison Avenue | 306 Madison Avenue |
| Newfield, NJ 08344 | Newfield, NJ 08344 |

Social Security No.:
xxx−xx−6160                                    xxx−xx−2151

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

　　Please be advised that on February 6, 2025, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 27 − 6
Loss Mitigation Order (Related Doc # 6). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/6/2025. (har)

　　Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 6, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 25-10014-ABA
William F Carlin, Jr.    Chapter 13
Leona M. Carlin
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Feb 06, 2025    Form ID: orderntc    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

**Recip ID**    **Recipient Name and Address**
lm    + MidFirst Mortgage, 501 NW GRAND BLVD.,, OKLAHOMA CITY, OK 73118-6037

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name**    **Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
    on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Mitchell L Chambers, Jr.
    on behalf of Debtor William F Carlin  Jr. ecfbc@comcast.net

Mitchell L Chambers, Jr.
    on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net

Robert J. Malloy

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: orderntc | Total Noticed: 1 |

on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7