UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS

602 LITTLE GLOUCESTER ROAD

SUITE 5

BLACKWOOD, NJ 08012

**Order Filed on February 6, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

WILLIAM AND LEONA CARLIN

| | |
|---|---|
| Case No.: | 25-10014 |
| Chapter: | 13 |
| Judge: | ABA |

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: February 6, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

☒   A Notice of Request for Loss Mitigation was filed by the debtor on ___1/2/25_____ .

☐   A Notice of Request for Loss Mitigation was filed by the creditor,

_____ on _____ .

☐   The court raised the issue of Loss Mitigation, and the parties having had notice and an

opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property:   306 MADISON AVE., NEWFIELD, NJ 08344

Creditor:   MIDFIRST MORTGAGE

☐ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

☒   It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

*   The debtor and creditor listed above are directed to participate in Loss Mitigation and are
    bound by the court's *Loss Mitigation Program and Procedures* (LMP).

*   The Loss Mitigation process shall terminate on ___5/7/25_____ (90 days from the
    date of entry of this order, unless an *Application for Extension or Early Termination of
    the Loss Mitigation Period* is filed under Section IX.B of the LMP.)

*   The debtor must make monthly adequate protection payments to the creditor during the
    Loss Mitigation Period in the amount of __1,000.00_____ on the due date set forth
    in the note, including any grace period.   See Section VII.B. of the LMP.

*   If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order
    or if such a motion is filed during the loss mitigation period, the court may condition the
    stay upon compliance by the debtor with the fulfillment of the debtor's obligations under
    the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process
    and this Order, the creditor may apply to terminate the Order as specified in Section
    IX.B. of the LMP and to obtain relief from the stay.

- Extension or early termination of the LMP may be requested as specified in Section IX.B of the LMP.

- If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

☒ It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 14 days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 14 days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-10014-ABA

William F Carlin, Jr.                                                                    Chapter 13

Leona M. Carlin

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                        Page 1 of 2

Date Rcvd: Feb 06, 2025                      Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

**Recip ID**             **Recipient Name and Address**
db/jdb           + William F Carlin, Jr., Leona M. Carlin, 306 Madison Avenue, Newfield, NJ 08344-9579

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:**

**Name**             **Email Address**

Andrew B Finberg

        ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg

        on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon

        on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Mitchell L Chambers, Jr.

        on behalf of Debtor William F Carlin  Jr. ecfbc@comcast.net

Mitchell L Chambers, Jr.

        on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net

Robert J. Malloy

District/off: 0312-1                       User: admin                                Page 2 of 2
Date Rcvd: Feb 06, 2025                    Form ID: pdf903                        Total Noticed: 1

                        on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com

U.S. Trustee

                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7