Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−10014−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   William F Carlin Jr.                  Leona M. Carlin
   306 Madison Avenue            306 Madison Avenue
   Newfield, NJ 08344             Newfield, NJ 08344

Social Security No.:
   xxx−xx−6160                         xxx−xx−2151

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       6/26/25
Time:      02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mitchell L Chambers Jr., Debtor's Attorney, period: 1/2/2025 to 5/21/2025.

COMMISSION OR FEES
fee: $1,500.00.

EXPENSES
$60.00.

If this is a chapter 13 case, the fees and expenses awarded:

     ☑    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

     ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 22, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                 Case No. 25-10014-ABA

William F Carlin, Jr.                                                                                  Chapter 13

Leona M. Carlin

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                 User: admin                                 Page 1 of 3
Date Rcvd: May 22, 2025                        Form ID: 137                             Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**            **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Carlin, Jr., Leona M. Carlin, 306 Madison Avenue, Newfield, NJ 08344-9579 |
| lm | + | MidFirst Mortgage, 501 NW GRAND BLVD.,, OKLAHOMA CITY, OK 73118-6037 |
| 520501333 | + | First Harvest Credit Union (Previously k, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | May 22 2025 21:11:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 520501326 | + | Email/Text: bankruptcynotices@aarons.com | May 22 2025 21:12:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 520501327 | + | Email/Text: bsimmons@amsher.com | May 22 2025 21:12:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 520501328 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 21:35:02 | BRIDGECREST ACCEPTANCE, PO BOX 4138, Houston, TX 77210-4138 |
| 520532195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 21:21:23 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520507359 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 22 2025 21:45:51 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520501329 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 22 2025 21:11:25 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520501330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 22 2025 21:11:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520501331 | + | Email/PDF: creditonebknotifications@resurgent.com | May 22 2025 21:34:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520501332 | + | Email/Text: bnc-bluestem@quantum3group.com | May 22 2025 21:12:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520501334 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 22 2025 21:12:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2025 | Form ID: 137 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 520501335 | + | Email/Text: Bankruptcy@ICSystem.com | May 22 2025 21:11:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520511262 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2025 21:21:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520501337 | + | Email/Text: legal.mail@midfirst.com | May 22 2025 21:11:00 | MIDFIRST, 501 NW GRAND BLVD., Oklahoma City, OK 73118-6037 |
| 520501336 | + | Email/Text: bankruptcy@marinerfinance.com | May 22 2025 21:10:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520581789 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 22 2025 21:21:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520567860 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2025 21:45:57 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520504864 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2025 21:11:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520504862 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2025 21:11:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520501338 | ^ | MEBN | May 22 2025 21:08:33 | SUNRUN, 225 BUST STREET, STE. 1400, San Francisco, CA 94104-4249 |
| 520501339 | + | Email/Text: synovusbankruptcy@synovus.com | May 22 2025 21:12:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 520509764 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2025 21:34:51 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520501340 | + | Email/Text: ECMCBKNotices@ecmc.org | May 22 2025 21:11:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 520602105 | | Email/Text: EDBKNotices@ecmc.org | May 22 2025 21:10:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 22, 2025 | Form ID: 137 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor William F Carlin  Jr. ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7