Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012
Phone:  856-302-1778

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| William & Leona Carlin | : | |
| Debtor | : | Bankruptcy No.  25-10014 ABA |

AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor's Motion to approve the loan modification on 306 Madison Ave., Newfield, NJ 08344.  **A hearing will only be scheduled if an objection is filed in the present case.**

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in ther bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before August 5, 2025 you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at:

    > U.S. Bankruptcy Court Clerk
    > 400 Cooper Street, 4th Floor
    > Suite 4b
    > Camden, NJ Trenton, NJ 08101

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date state above; and

    (b) mail a copy to the movant's attorney:

    > LAW OFFICES OF MITCHELL LEE CHAMBERS
    > 602 Little Gloucester Road, Suite 5
    > BLACKWOOD, NJ 08012

2. If a timely objection is filed to Debtor's Motion to Approve Loan Modification then the Court will schedule a hearing to be heard before the Honorable Andrew B. Altenburg, Jr.

3. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the scheduled hearing, the court will enter an order granting the relief requested in the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

July 22, 2025                         /s/ Mitchell Lee Chambers, Esq.
                                      LAW OFFICES OF MITCHELL LEE CHAMBERS
                                      602 Little Gloucester Road, Suite 5
                                      BLACKWOOD, NJ 08012
                                      PHONE: 856-302-1778
                                      FAX: 856-302-1778