Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 25−10014−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William F Carlin Jr. | Leona M. Carlin |
| 306 Madison Avenue | 306 Madison Avenue |
| Newfield, NJ 08344 | Newfield, NJ 08344 |

Social Security No.:
 xxx−xx−6160                                         xxx−xx−2151

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 24, 2025.


Dated: July 24, 2025
JAN: har

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
William F Carlin, Jr.  
Leona M. Carlin  
    Debtors

Case No. 25-10014-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 24, 2025      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William F Carlin, Jr., Leona M. Carlin, 306 Madison Avenue, Newfield, NJ 08344-9579 |
| lm | + | MidFirst Mortgage, 501 NW GRAND BLVD.,, OKLAHOMA CITY, OK 73118-6037 |
| 520501333 | + | First Harvest Credit Union (Previously k, Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: courts@firstharvestcu.com | Jul 24 2025 20:59:00 | First Harvest Credit Union, 1615 Hurffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 520501326 | + | Email/Text: bankruptcynotices@aarons.com | Jul 24 2025 21:00:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy Se, Suite 300, Atlanta, GA 30339-3182 |
| 520501327 | + | Email/Text: bsimmons@amsher.com | Jul 24 2025 21:00:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 520501328 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:27:58 | BRIDGECREST ACCEPTANCE, PO BOX 4138, Houston, TX 77210-4138 |
| 520532195 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:03:38 | Bridgecrest Acceptance Corporation c/o AIS Portfol, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520507359 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 24 2025 21:04:45 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520501329 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 24 2025 20:59:58 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520501330 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 24 2025 20:59:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520501331 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 24 2025 21:04:02 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520501332 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 24 2025 21:00:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520501334 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 24 2025 21:00:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 520501335 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 24 2025 20:59:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520511262 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 21:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520501337 | + | Email/Text: legal.mail@midfirst.com | Jul 24 2025 20:59:00 | MIDFIRST, 501 NW GRAND BLVD., Oklahoma City, OK 73118-6037 |
| 520501336 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 24 2025 20:58:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 520581789 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 24 2025 21:27:49 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520567860 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 24 2025 21:27:59 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520504864 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520504862 | | Email/Text: bnc-quantum@quantum3group.com | Jul 24 2025 20:59:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520501338 | ^ | MEBN | Jul 24 2025 20:51:09 | SUNRUN, 225 BUST STREET, STE. 1400, San Francisco, CA 94104-4249 |
| 520501339 | + | Email/Text: synovusbankruptcy@synovus.com | Jul 24 2025 21:00:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay Avenue, Columbus, GA 31901-5218 |
| 520509764 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 24 2025 21:04:35 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520501340 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 24 2025 20:59:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 520602105 | | Email/Text: EDBKNotices@ecmc.org | Jul 24 2025 20:58:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 24, 2025 | Form ID: plncf13 | Total Noticed: 29 |

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor William F Carlin Jr. ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | on behalf of Joint Debtor Leona M. Carlin ecfbc@comcast.net |
| Robert J. Malloy | on behalf of Creditor First Harvest Credit Union ecf@robmalloylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7