Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 25-10014 (ABA)

William F. Carlin, Jr. and Leona M. Carlin
306 Madison Avenue
Newfield, NJ  08344

Monthly Payment: $950.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 02/11/2025 | $1,700.00 | 03/18/2025 | $1,700.00 | 04/22/2025 | $1,700.00 | 05/13/2025 | $1,700.00 |
| 06/17/2025 | $1,700.00 | 07/25/2025 | $1,000.00 | 08/12/2025 | $1,000.00 | 09/12/2025 | $1,000.00 |
| 10/22/2025 | $1,000.00 | 11/26/2025 | $1,000.00 | 12/08/2025 | $1,000.00 | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | WILLIAM F. CARLIN, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $4,150.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $1,560.00 | $1,560.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING, LLC | 33 | $551.97 | $45.54 | $506.43 | $0.00 |
| 2 | AMSHER COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CARVANA, LLC | 33 | $22,094.33 | $1,823.06 | $20,271.27 | $0.00 |
| 4 | CAINE & WEINER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $224.65 | $18.53 | $206.12 | $0.00 |
| 6 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP, LLC | 33 | $663.86 | $54.78 | $609.08 | $0.00 |
| 8 | FIRST HARVEST CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | GENESIS FS CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | IC SYSTEMS, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | MIDFIRST BANK | 24 | $0.00 | $1,970.00 | $0.00 | $0.00 |
| 12 | MARINER FINANCE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SUNRUN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SYNOVUS BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $18,601.37 | $1,534.85 | $17,066.52 | $0.00 |
| 16 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LEONA M. CARLIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | WILLIAM F CARLIN JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | T MOBILE/T-MOBILE USA, INC. | 33 | $855.81 | $70.61 | $785.20 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $274.22 | $16.92 | $257.30 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2025 | 4.00 | $0.00 |
| 06/01/2025 | Paid to Date | $8,500.00 |
| 07/01/2025 | 31.00 | $950.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,500.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $1,805.71 |
| Arrearages: | ($300.00) |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**